| | |
|---|---|
| 1 | BARRY J. PORTMAN |
|   | Federal Public Defender |
| 2 | RONALD C. TYLER |
|   | Assistant Federal Public Defender |
| 3 | 450 Golden Gate Avenue |
|   | San Francisco, CA 94102 |
| 4 | Telephone: (415) 436-7700 |
| 5 | Counsel for Defendant HUGHES |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 01-0178 MMC   **ORDER DENYING** |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND [PROPOSED] ORDER CONTINUING REVOCATION STATUS CONFERENCE** |
| vs. | ) | |
| DOUGLAS HUGHES, | ) | |
| Defendant. | ) | Date:  March 10, 2010 |
| | ) | Time:  2:30 p.m. |
| | ) | Court: The Honorable Maxine M. Chesney |

**STIPULATION**

The parties agree to continue the above referenced status conference from February 24, 2010 until March 10, 2010, at 2:30 p.m. The purpose of the continuance is due to the fact that the parties have not had time to confer on a potential joint resolution and recommendation to the court in this matter. Defense counsel requests additional time to do so.

United States Probation Officer Octavio Magana has been informed about the request to continue the status conference in this matter, and has indicated he has no objection and is available to attend court on March 10, 2010.

/ /

/ /

1     IT IS SO STIPULATED.

2

3 DATED:
                              ___/s/_____
    2/23/2010                   RONALD C. TYLER

4                                          Assistant Federal Public Defender

5

6 DATED:
                              ___/s/_____
    2/23/2010                     BRIAN LEWIS

7                                          Assistant United States Attorney

8

9                                **[PROPOSED] ORDER**

10     ~~Based upon the aforementioned representations of the parties, and for good cause shown, it is~~

11 ~~hereby ORDERED that the status conference in the above captioned case is hereby CONTINUED~~

12 ~~until March 10, 2010, at 2:30 p.m.~~

13     The stipulation to continue is hereby DENIED as untimely.

14

15 DATED:  February 23, 2010
                                      _____

16                                THE HONORABLE MAXINE M. CHESNEY
                               UNITED STATES DISTRICT COURT JUDGE

17

18

19

20

21

22

23

24

25

26