AO 245D (Rev. 9/00) - Judgment in a Criminal Case for Revocation

# United States District Court
## Northern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>DOUGLAS HUGHES | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br>(For Offenses Committed On or After November 1, 1987)<br><br>USDC Case Number: CR-01-00178-001 MMC<br>BOP Case Number: DCAN301CR000178-001<br>USM Number:<br>Defendant's Attorney: Ronald Tyler, Assistant Federal Public Defender |

**THE DEFENDANT:**

[x]  admitted guilt to violation of condition(s) <u>Special condition and limited admission to standard condition number nine</u> of the term of supervision.

[ ]  was found in violation of condition(s) ___ after denial of guilt.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offense(s):

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| 1 | Failure to reside for a period of up to six months in the Residential Reentry Center at GEO Care and shall observe the rules of that facility | 2/03/2011 |
| 3 | Shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer | 4/22/2011 |

The defendant is sentenced as provided in pages 2 through <u>2</u> of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[x]  The Government withdraws Charge Two and defendant is discharged as to such violation(s) condition.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

| | |
|---|---|
| Defendant's Soc. Sec. No.:   Unknown<br>Defendant's Date of Birth:   Unknown<br>Defendant's USM No.:   Unknown<br>Defendant's Residence Address:<br>U.S. Marshal's Service<br>Defendant's Mailing Address:<br>U.S. Marshal's Service | October 12, 2011<br>Date of Imposition of Judgment<br><br>*Maxine M. Chesney* (signature)<br>Signature of Judicial Officer<br>Honorable Maxine M. Chesney, U. S. District Judge<br>Name & Title of Judicial Officer<br>October 13, 2011<br>Date |

AO 245B (Rev. 12/03) (CAND Rev. 3/07) Judgment in a Criminal Case Sheet 2 - Imprisonment

DEFENDANT: DOUGLAS HUGHES  
CASE NUMBER: CR-01-00178-001 MMC  
Judgment - Page 2 of 2

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of <u>Twelve (12) months</u>.

[ ] The Court makes the following recommendations to the Bureau of Prisons:

[x] The defendant is remanded to the custody of the United States Marshal. The appearance bond is hereby exonerated.

[ ] The defendant shall surrender to the United States Marshal for this district.

    [ ] at ___ [ ] am [ ] pm on ___.  
    [ ] as notified by the United States Marshal.

The appearance bond shall be deemed exonerated upon the surrender of the defendant.

[ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    [ ] before 2:00 pm on ___.  
    [ ] as notified by the United States Marshal.  
    [ ] as notified by the Probation or Pretrial Services Office.

The appearance bond shall be deemed exonerated upon the surrender of the defendant.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____  
at _____ , with a certified copy of this judgment.

                                                        UNITED STATES MARSHAL

By _____  
                                   Deputy United States Marshal